UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ELSIE L. CAMPBELL,        )<br>                           )<br>          Plaintiff,     )<br>   vs.                    )<br>                           )<br>                           )<br>MICHAEL J. ASTRUE, Commissioner )<br> of the Social Security Administration, )<br>                           )<br>          Defendant.     ) | 4:06-cv-0124-SEB-WGH |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Elsie L. Campbell is not entitled to Disability Insurance Benefits based on her application filed on October 27, 2003, is **AFFIRMED.**

Date: 08/22/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Steven K. Robison
MONTGOMERY ELSNER & PARDIECK
srobison@meplegal.com